Civil Action No. 4:2013-CV-0220

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BASEM SALAME, ELIXIR
was received by me on *(date)* 10/07/2013.

☑ I personally served the summons on the individual at *(place)* 209 BENT OAK LANE WOODSTOCK, GA 30189 on *(date)* 12/13/2013; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ _____ for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 12/13/2013

*Server's signature*

JOHN FOX, PROCESS SERVER
*Printed name and title*

P.O. BOX 104
KENNESAW, GA 30152
*Server's address*

Additional information regarding attempted service, etc:
SERVICE OF PROCESS WAS PERFECTED AT THE PLACE OF ABODE OF THE DEFENDANT, BASEM SALAME. IT WAS DETERMINED THAT HE IS NOLONGER RESIDING AT 425 SYCAMORE TRAIL, WOODSTOCK, GA 30189. I WAS ABLE TO LOCATE AND PERFECT PERSONAL SERVICE OF PROCESS UPON THE DEFENDANT, BASEM SALAME LOCATE AT THE ADDRESS AS LISTED ABOVE.